LUIS A. CARRILLO, Esq. SBN 70398
MICHAEL S. CARRILLO, Esq. SBN 258878
MARIA F. GARCIA BALDIZZONE, Esq. SBN 367907
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANGEL PIÑA**, an individual.<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES CUSTOMS AND BORDER PROTECTION; AND DOES 1 THROUGH 20, INCLUSIVE,**<br><br>Defendants. | **CASE NO.:** 5:26-cv-02843-JGB-ACCV<br><br>*Assigned to the Honorable Jesus G. Bernal, District Judge, Courtroom 1*<br><br>**STIPULATION TO EXTEND TIME TO ALLOW PLAINTIFF TO FILE AN AMENDED COMPLAINT AND FOR DEFENDANTS TO RESPOND**<br><br>*Trial Date: Not Assigned*<br>*Complaint Served: June 5, 2026* |

**STIPULATION**

Plaintiff ANGEL PIÑA ("Plaintiff"), by and through his attorneys, Carrillo Law Firm, LLP, and Defendants UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, and UNITED STATES CUSTOMS AND BORDER PROTECTION (collectively, "Federal Defendants"), by and through their undersigned attorneys, hereby stipulate and jointly request that the Court permit Plaintiff leave to file a First Amended Complaint on or before September 30, 2026.If Plaintiff files a First Amended Complaint on or before September 30, 2026, Federal Defendants will have sixty (60) days from the date the First Amended Complaint is filed and served to answer, move, or otherwise respond, consistent with Federal Rule of Civil Procedure 12(a)(2)–(3). If no First Amended Complaint is filed by September 30, 2026, Federal Defendants will have until November 30, 2026, to respond to the original Complaint. Good cause exists for this extension so that the parties can further meet and confer and potentially resolve matters in dispute concerning the claims set forth in Plaintiff's Complaint before Federal Defendants file a Motion to Dismiss.

1. Plaintiff filed his Complaint in this matter on May 26, 2026, and served Federal Defendants with the Complaint and Summons on June 5, 2026.

2. Pursuant to Federal Rule of Civil Procedure 12(a)(2)–(3), Federal Defendants' response to the Complaint was originally due on August 4, 2026.

3. On July 28, 2026, the parties stipulated to extend the time for Federal Defendants to respond to the initial Complaint from August 4, 2026, to September 3, 2026.

4. After reviewing the initial Complaint, counsel for Federal Defendants identified several alleged deficiencies in the Complaint. On August 26, 2026, the parties met and conferred regarding those alleged deficiencies, and Federal Defendants proposed that Plaintiff address them through amendment before Federal

Defendants file a responsive pleading and/or a motion to dismiss or strike. The parties engaged in the meet-and-confer process in an effort to resolve the issues and to avoid unnecessary motion practice and court intervention.

5. Plaintiff intends to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a) to address Federal Defendants' stated concerns, to avoid the necessity of a motion to dismiss or strike, and to narrow the issues for the Court. Federal Defendants consent to the filing of the First Amended Complaint.

6. The parties therefore submit this Stipulation and jointly request that the Court grant Plaintiff leave to file a First Amended Complaint on or before September 30, 2026.

7. If no First Amended Complaint is filed by September 30, 2026, Federal Defendants will have until November 30, 2026, to respond to the operative Complaint, as Federal Defendants' current response is due September 3, 2026.

8. If Plaintiff files a First Amended Complaint on or before September 30, 2026, then Federal Defendants will have sixty (60) days from the date the First Amended Complaint is filed and served to answer, move, or otherwise respond to the same, consistent with the time afforded the United States and its agencies under Federal Rule of Civil Procedure 12(a)(2)–(3).

**IT IS SO STIPULATED AND AGREED**

DATED: September 1, 2026

**CARRILLO LAW FIRM, LLP**

By:________________________
Luis A. Carrillo, Esq.,
Michael S. Carrillo, Esq.,
Maria F. Garcia Baldizzone, Esq.,
*Attorneys for Plaintiff*

Dated: August 31, 2026

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section

*/s/ Randy Hsieh*
RANDY HSIEH
Assistant United States Attorney

Attorneys for Defendants

**ATTESTATION OF FILER**

I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 1, 2026

Maria [illegible]. Garcia Baldizzone, Esq.,
*Attorneys for Plaintiff*